**Order entered September 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00332-CR

### JAMES ANTHONY KIRVIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 59th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 060407-59

## ORDER

The Court **DENIES** appellant's September 18, 2013 pro se motion to obtain a copy of the record.  Appellant is represented by counsel who filed a brief on the merits and is not entitled to hybrid representation.  *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

/s/  LANA MYERS
   JUSTICE